UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2025 JAN 27 AM 9: 02

CLERK
BY  CDC
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 2:25-mj-6-1 |
| ) | |
| CHRISTIAN RAFAEL HERNANDEZ VILLA, ) | |
| Defendant. ) | |

## INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about January 25, 2025, in the District of Vermont, the defendant, CHRISTIAN RAFAEL HERNANDEZ VILLA, being an alien, knowingly and unlawfully eluded examination or inspection by immigration officers.

(8 U.S.C. § 1325)

_____
MICHAEL P. DRESCHER (JAO)
Acting United States Attorney
Burlington, Vermont
January 27, 2025